**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1861**

———————

SANDRA MARIE JOHNSON,

              Plaintiff - Appellant,

          v.

MCNAIRY & ASSOCIATES; JIM AND JEANNE LLC; JIM MCNAIRY;
JEANNE MCNAIRY,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.   Thomas D. Schroeder,
District Judge.   (1:11-cv-01043-TDS-LPA)

———————

Submitted: November 20, 2012      Decided: November 26, 2012

———————

Before TRAXLER, Chief Judge,  and SHEDD  and FLOYD, Circuit
Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Sandra  Marie  Johnson,  Appellant Pro  Se.    Denis  E.  Jacobson,
Martha  Richardson  Sacrinty,  TUGGLE,  DUGGINS  &  MESCHAN,  PA,
Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Marie Johnson seeks to appeal the district court's order dismissing her civil action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 6, 2012. The notice of appeal was filed on July 13, 2012. Because Johnson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED